IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 09-cv-00476-RPM

LAQUANA ALEXANDER, as Mother and next friend of
MARCUS HARRIS,

       Plaintiff,

v.

THE CITY AND COUNTY OF DENVER, COLORADO, and
GREGORY GANN, JR.,

       Defendants.
_____

ORDER GRANTING MOTION TO WITHDRAW ON CONDITION
_____

This matter came on for hearing today on the motion to withdraw as attorneys for plaintiff filed by Dane Torbenson and Randy B. Corporon.  Dane Torbenson appeared as counsel for the plaintiff.  LaQuana Alexander appeared in person and Marc F. Colin appeared for defendant George Gann, Jr., with Jamie Wynn appearing for the City and County of Denver.   Mr. Torgenson explained that after removal of this civil action from the District Court, City and County of Denver, Colorado, to this court, counsel became concerned with their ability to practice in this court being unfamiliar with its procedures and that a conflict had arisen with Ms. Alexander which could not be explained because of the attorney-client privilege.  Ms. Alexander explained her position to the Court and said that she had consulted with other counsel who have indicated a desire to review the file to determine whether to appear on her behalf and that the Corporon law office was not willing to release the file without the payment of $400 in costs.  After considering the matter, it is

ORDERED that the motion to withdraw is granted on the condition that counsel

and the Law Offices of Randy P. Corporon, P.C., shall release the file personally to Ms.

Alexander without requiring any payment.

DATED:   April 10th, 2009

BY THE COURT:

s/Richard P. Matsch

_____

Richard P. Matsch, Senior Judge