IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 09-cv-00476-RPM

LAQUANA ALEXANDER, as Mother and next friend of
MARCUS HARRIS,

        Plaintiff,

v.

THE CITY AND COUNTY OF DENVER, COLORADO, and
GREGORY GANN, JR.,

        Defendants.
_____

ORDER FOR DISMISSAL
_____

Upon review of the files and records it appears that plaintiff has not responded to the Order to Show Cause entered by this Court on May 15, 2009.  It is therefore

ORDERED that this case is dismissed without prejudice for failure to prosecute.

DATED:   June 4th, 2009

        BY THE COURT:

        s/Richard P. Matsch
        _____
        Richard P. Matsch, Senior Judge